```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br>           Plaintiffs, <br>     vs. <br> DAVID MAKI, etc., <br>           Defendant. | NO.  C 06 3057 CRB <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

    IT IS ORDERED that the Case Management Conference in this case originally set for August 4, 2006 be continued to November 3, 2006 at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: August 02, 2006

_____
Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE    1