```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br><br>  Plaintiff, <br><br>  vs. <br><br> DAVID MAKI, etc. <br><br>  Defendant. | NO. C 06 3057 CRB <br><br> ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

     IT IS ORDERED that the Case Management Conference in this case originally set for December 8, 2006 continued to January 12, 2007 at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:  December 1, 2006                    _____
                                                 Honorable Charles B. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*